UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| **GLOBAL FITNESS HOLDINGS, LLC,**<br><br>      **Plaintiff,**<br><br>vs.<br><br>**COLUMBIA CASUALTY COMPANY,**<br><br>      **Defendant.** | **Civil Action No.:**<br><br>*Removed from Franklin Circuit Court*<br>Civ. Act. No. 19-CI-01230 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Columbia Casualty Company ("Columbia") respectfully files this Notice of Removal. In support of this Notice of Removal, Columbia states:

1. Plaintiff Global Fitness Holdings, LLC ("Global Fitness") brought this action against Columbia in the Circuit Court of Franklin, Kentucky, by filing a complaint on December 3, 2019, which was docketed as Case No. 19-CI-01230 (the "Complaint").

2. Columbia first received a copy of the Complaint when it was served upon Columbia on January 8, 2020. A copy of the summons and Complaint, including all exhibits, are attached hereto as Exhibit 1. Columbia has been served with no other process, pleadings, or orders in the present action.

3. As explained more fully below, this is an insurance coverage action. Columbia issued NetProtect 360℠ Policy No. 287494054 to Global Fitness for the policy period of February 1, 2010 to September 1, 2011 (the "Policy"), which is attached as Exhibit 1 to the

Complaint. Global Fitness has sought defense and indemnity coverage under the Policy for claims asserted against it in the lawsuit styled *Amber Gascho, et al. v. Global Fitness Holdings, LLC, d/b/a Urban Active 1400, LLC*, Case No. 11-cv-436, which was filed in the United States District Court for the Southern District of Ohio (the "*Gascho* Action"). Columbia and Global Fitness dispute the extent of defense and indemnity coverage that is available under the Policy for the *Gascho* Action.

4. This Court has original jurisdiction over this matter due to diversity of citizenship. Pursuant to 28 U.S.C. § 1332(a), United States district courts have jurisdiction over all actions in which the matter in controversy is in excess of $75,000, exclusive of interest and costs, and is between citizens of different States.

## Diversity of Citizenship

5. Global Fitness is a limited liability company organized in the State of Kentucky with its principal place of business in Kentucky. At the time this action was filed in state court and at the time of filing this removal petition, Global Fitness has two Members/Managers: Royce G. Pulliam and Tomi A. Pulliam, both of whom are residents and citizens of Kentucky. Therefore, plaintiff Global Fitness is a citizen of Kentucky.

6. Defendant Columbia is a corporation organized under the laws of Illinois with its principal place of business in Illinois. Accordingly, under 28 U.S.C. § 1332(c)(1), defendant Columbia is a citizen of Illinois.

7. Therefore, complete diversity exists between the Plaintiff and the Defendant.

## Amount in Controversy

8. The matter in controversy exceeds $75,000, exclusive of interests and costs.

9. The Policy has a $1 million limit of liability, which has been partially eroded by Columbia's payment of legal fees on behalf of Global Fitness, such that more than $500,000 of the Policy's limit remains intact.

10. Among other things, the Complaint complains that Columbia improperly refused to pay $855,405.60 in charges incurred by Kroll Ontrack in connection with discovery/data services provided to Global Fitness.

11. If Global Fitness were to prevail on its claims against Columbia in this matter, Columbia's potential obligation under the Policy would exceed $75,000.

12. Thus, the jurisdictional amount required under 28 U.S.C. § 1332 is satisfied.

13. Accordingly, jurisdiction over the subject matter of this case is conferred by 28 U.S.C. §§ 1332(a) and 1441(a).

**All Procedural Requirements Have Been Met**

1. Pursuant to 28 U.S.C. § 1446(a), Columbia represents that apart from the Complaint, it has received no other process, pleadings, motions or orders in this action.

2. This Notice of Removal is timely. It has been filed with this Court within thirty (30) days of Columbia's receipt on January 8, 2020 "through service or otherwise, of a copy of the initial pleadings setting forth the claim for relief upon which such action or proceeding is based," as provided by 28 U.S.C. § 1446(b).

3. A copy of this Notice of Removal will be served upon Global Fitness, and will be filed with the Clerk of the Circuit Court of Franklin, Kentucky to effect removal of this action to the United States District Court for the Eastern District of Kentucky, pursuant to 28 U.S.C. § 1446(d).

THEREFORE, having established all of the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including all jurisdictional requirements established by 28 U.S.C. § 1332, Defendant Columbia hereby removes this case to the United States District Court for the Eastern District of Kentucky.

Respectfully submitted,

Dated: February 6, 2020

/s/ Michael D. Risley
Michael D. Risley
Caroline C. Phelps (application for admission forthcoming)
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202-3352
Telephone: (502) 587-3400
Facsimile: (502) 587-6391
Email: mrisley@stites.com
Email: cphelps@stites.com

*Counsel for Defendant*
*Columbia Casualty Company*

**Of Counsel:**
Richard A. Simpson
Pamela L. Signorello
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
Email: rsimpson@wileyrein.law
Email: psignorello@wileyrein.law
(motions for admission *pro hac vice* forthcoming)

**CERTIFICATE OF SERVICE**

I certify that on February 6, 2020, I caused to be served by U.S. mail the foregoing Notice of Removal upon the following:

> M. Austin Mehr
> Philip G. Fairbanks
> Mehr, Fairbanks & Peterson Trial Lawyers, PLLC
> 201 West Short Street, Suite 800
> Lexington, KY  40507
> *Counsel for Plaintiff*

*/s/ Michael D. Risley*