UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| GLOBAL FITNESS HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:20-cv-00011-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| COLUMBIA CASUALTY UNIVERSITY, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court upon the parties' Agreed Order of Dismissal.  [R. 13.]

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. All of Plaintiff Global Fitness Holdings, LLC's claims against Defendant Columbia
   Casualty University, are hereby **DISMISSED WITH PREJUDICE** with each party
   to bear its own costs and attorney's fees; and

2. This matter is **STRICKEN** from the Court's active docket.

This the 24th day of July, 2020.

Gregory F. Van Tatenhove
United States District Judge